No. 82–1795. CAPITAL CITIES CABLE, INC., ET AL. *v.* CRISP, DIRECTOR, OKLAHOMA ALCOHOLIC BEVERAGE CONTROL BOARD. C. A. 10th Cir. [Certiorari granted, 464 U. S. 813.] Motion of petitioners Cox Cable of Oklahoma City, Inc., et al. for assignment of counsel for oral argument denied.

No. 83–245. PENSION BENEFIT GUARANTY CORPORATION *v.* R. A. GRAY & Co.; and

No. 83–291. OREGON-WASHINGTON CARPENTERS-EMPLOYERS PENSION TRUST FUND *v.* R. A. GRAY & CO. C. A. 9th Cir. [Probable jurisdiction noted, 464 U. S. 912.] Motions for leave to file briefs as *amici curiae* in No. 83–291 by the following were granted: National-American Wholesale Grocers' Association, Chamber of Commerce of the United States of America, Transport Motor Express, Inc., et al., G & R Roofing Co., Sibley, Lindsay & Curr Co., and Republic Industries, Inc.

No. 83–328. MABRY, COMMISSIONER, ARKANSAS DEPARTMENT OF CORRECTION *v.* JOHNSON. C. A. 8th Cir. [Certiorari granted, 464 U. S. 1017.] Motion for appointment of counsel granted, and it is ordered that Richard Quiggle, Esquire, of Little Rock, Ark., be appointed to serve as counsel for respondent in this case.

No. 83–498. BROWN, DIRECTOR, DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF GAMING ENFORCEMENT, STATE OF NEW JERSEY, ET AL. *v.* HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION LOCAL 54 ET AL.; and

No. 83–573. DANZIGER, ACTING CHAIRMAN, CASINO CONTROL COMMISSION OF NEW JERSEY, ET AL. *v.* HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION LOCAL 54 ET AL. C. A. 3d Cir. [Probable jurisdiction noted, 464 U. S. 990.] Motion of Atlantic City Casino Hotel Association et al. for leave to file a brief as *amici curiae* in No. 83–573 granted.

No. 83–690. MUSTO ET AL. *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioners to consolidate case with No. 82–2140, *Hobby v. United States* [certiorari granted, 464 U. S. 1017], denied.

No. 83–712. NEW JERSEY *v.* T. L. O. Sup. Ct. N. J. [Certiorari granted, 464 U. S. 991.] Motions of National School Boards Association, Washington Legal Foundation, and New Jersey School Boards Association for leave to file briefs as *amici curiae* granted.